William J. Baxley, Atty. Gen., of Ala., Walter S. Turner, Chief Asst. Atty. Gen., Montgomery, Ala., for respondent-appellant; George W. Royer, Jr., Legal Research Aide, of counsel.

Arthur Parker, Parker, Wilkinson, Montgomery & Gwin, Birmingham, Ala., for petitioner-appellee.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Towner Leeper, El Paso, Tex., for plaintiff-appellant.

William Guild, Tax Division, Ft. Worth, Tex., Johnnie M. Walters, Asst. Atty. Gen., Meyer Rothwacks, Gilbert E. Andrews, Acting Atty., John M. Brant, William L. Goldman, David E. Carmack, Attys., Fred B. Ugast, Acting Asst. Atty. Gen., Dept. of Justice, Tax Division, Washington, D. C., for defendant-appellee; Seagal V. Wheatley, U. S. Atty., of counsel.

Before GEWIN, GOLDBERG and DYER, Circuit Judges.

PER CURIAM:

Affirmed. See Local Rule 21.[1]

Sam **ELLOWITZ**, Plaintiff-Appellant,

v.

**UNITED STATES of America,**
Defendant-Appellee.

No. 71–1319.

United States Court of Appeals,
Fifth Circuit.

Sept. 17, 1971.

Robert B. **ROBERTSON**, Plaintiff-Appellant,

v.

**Harold V. GILES and Gordons Transports, Inc., a Corp., Defendants-Appellees.**

No. 71–1107.

United States Court of Appeals,
Fifth Circuit.

Sept. 15, 1971.

1. See NLRB v. Amalgamated Clothing Workers of America, 430 F.2d 966 (5 Cir. 1970).

1. See NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.